DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEANTRAL MICHEL,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**
as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE6,
Appellee.

No. 4D16-2794

[August 3, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502015CA014217XXXXMB.

Brian Korte and Scott J. Wortman of Korte & Wortman, P.A., West Palm Beach, for appellant.

Sara F. Holladay-Tobias, Emily Y. Rottmann and C. H. Huston III of McGuire Woods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***